**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Connie R. ZAKRAJSEK,  )<br>         Plaintiff,  )<br>v.  )<br>Susan ARMSTRONG, et al.,  )<br>         Defendants.  ) | No. CIV-04-0449-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Plaintiff Connie R. Zakrajsek's Motion to Vacate Order of Court Dated January 16, 2006. (Dkt. 52)

**STANDARD OF REVIEW**

Rule 60(b) permits reconsideration of a district court order based on: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly-discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59; (3) fraud, misrepresentation, or misconduct by an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of the judgment. See Fed. R. Civ. P. 60(b)(1)-(b)(6). Rule 60 reconsideration is generally appropriate in three instances: (1) when there has been an intervening change of controlling law; (2) new evidence has come to light; or (3) when necessary to correct a clear error or prevent manifest injustice. School District No. 1J v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993).

1     A Rule 60(b) motion must be brought within a "reasonable" time, which cannot be more
2 than one year if the motion is based on mistake, newly-discovered evidence, or fraud. <u>See</u> Fed.
3 R. Civ. P. 60(b).

### DISCUSSION

5     Plaintiff states that this Court "is grossly mistaken in it's judgment and decision and in
6 reliance upon the false statements of the Defendants and their attorneys, purposefully made to
7 mislead this court." However, apart from this conclusory statement, Plaintiff offers nothing to
8 support her claim. Plaintiff did indicate that she would file a Memorandum of Points and
9 Authorities on or before January 19, 2007; however, the Court has received nothing from
10 Plaintiff to date. Because Plaintiff has provided no basis for her claims, the Court will deny the
11 motion.

### CONCLUSION

14     Accordingly,

15     **IT IS HEREBY ORDERED** that Plaintiff's Motion to Vacate Order of Court Dated
16 January 16, 2006 (Dkt. 52) is **DENIED WITH PREJUDICE**.

17     DATED this 26th day of March, 2007.

_____
Stephen M. McNamee
United States District Judge