UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA (Phoenix)

| | |
|---|---|
| CONNIE R ZAKRAJSEK,<br><br>      Plaintiff - Appellant,<br>v.<br><br>SUSAN ARMSTRONG; et al.,<br><br>      Defendants - Appellees. | No.  07-15681<br>D.C. No.  CV-04-00449-SMM<br><br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [✗] .

Explanation: _See attached order_

_____
Judge
United States District Court

Date:  6-21-07